**RICKEY IVIE (#76864)**
rivie@imwlaw.com
**JACK ALTURA (#297314)**
jaltura@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 1800
Los Angeles, CA 90071
Tel:   (213) 489-0028
Fax:  (213) 489-0552

Attorneys for Defendants
**COUNTY OF LOS ANGELES, et al.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J.M. and A.E.M., minors, individually, and as successors in interest to EDUARD JESSE MATOS, by and through their Guardian Ad Litem, Janet F. Garcia, Joanna L. Garcia, an individual, and Edgar Matos, an individual,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>LOS ANGELES COUNTY, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; JIM McDONNELL, an individual; ALEX VILLANUEVA, an individual; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:20-cv-05975-GW-MRW<br><br>**DECLARATION OF JACK F. ALTURA** |

///
///
///
///
///

-1-

### Declaration of Jack F. Altura

I, Jack F. Altura, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to the Bar of the United States District Court for the Central District of California. I am an attorney at the law firm of Ivie McNeill Wyatt Purcell & Diggs, counsel of record for Defendants in this case.

2. I make this declaration based on my personal knowledge and if called upon to testify I could and would testify to the following facts.

3. On August 17, 2020, Plaintiffs' counsel Federico Sayre and I telephonically met and conferred pursuant to Local Rule 7-3 about Defendants' anticipated motion to dismiss.

4. Mr. Sayre was generally agreeable to the positions I raised at the meet and confer, and we agreed that Mr. Sayre would file an amended complaint rather than Defendants file a motion to dismiss.

5. Mr. Sayre requested that I send certain documents to him, even though discovery was not open, to use those documents in drafting the amended complaint; I agreed.

6. Since the August 17, 2020 meet and confer, I have sent to Mr. Sayre 62 pages of documentation, including the incident report and coroner's report; and approximately 70 videos (about 60 videos are CCTV from the house where Decedent Eduard Matos was arrested and about 10 videos are from the cell phones of Los Angeles County Sheriff's Department personnel).

7. The CCTV shows Mr. Matos' arrest, but 2/3 of his body is off-camera.

8. On or about October 7, 2020, Mr. Sayre called me over the telephone and informed me that after reviewing the documentation and CCTV video, he would be meeting with his client on October 12, 2020 or October 13, 2020 and would be seeking to withdraw from or dismiss the case.

9. On October 12, 2020, Mr. Sayre called me over the telephone again and confirmed that he would be dismissing the case.

10. Specifically, he represented that he would be dismissing the parents' claims with prejudice; and the children's claims without prejudice.

11. As of the filing of this motion, Plaintiffs have not dismissed the case.

12. As Defendants' response to the Complaint is due October 13, 2020 and this Court has indicated that it will not grant any further extensions to respond, Defendants have filed this motion to dismiss to preserve their right.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 13, 2020 at Los Angeles, California.

/s/ Jack F. Altura

Jack F. Altura