Federico C. Sayre, Esq. (State Bar No. 67420)
ADAMSON AHDOOT LLP
1150 S. Robertson Blvd.
Los Angeles, California 90035
T: 310.888.0024
federico@aa-llp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| E.J.M and A.E.M., minors, individually, and as successors in interest to EDUARD JESSE MATOS, by and through their G.A.L. Janet F. Garcia, et al.<br>Plaintiff(s),<br>v.<br>LOS ANGELES COUNTY, a public entity; LOS ANGELES COUNTY SHERIFF DEPARTMENT, a public entity JIM MCDONNEL, an individual, ALEX VILLANUEVA, et al.<br>Defendant(s). | CASE NUMBER<br>2:20-cv-05975-GW-MRW<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
|---|---|

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety **without prejudice.**

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

10/14/2020
Date

*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*